UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOMMIE LEGGETT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY,<br><br>    Defendant. | Case No. 19-cv-794-JPG-GCS |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: July 31, 2019**

                                              **MARGARET M. ROBERTIE, Clerk of Court**

                                              **s/ Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**